**FILED**
DEC 2 0 2006
U.S. DISTRICT COURT
[...]BURG, WV 26[...]

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF
THE EXTRADITION OF
RAELIN SHAWN COLEMAN

Misc. No. 1:06mc40
Statute: 18 USC 3184

## COMPLAINT

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. **Identity of complaining party.** In this matter, pursuant to the Treaty described in paragraph 2 below, I act for, and on behalf of, the Government of Canada.

2. **Treaty.** The extradition provisions in force between the United States and Canada are found in the Treaty on Extradition between the United States of America and Canada, signed at Washington, DC, on December 3, 1971 (27 UST 983; TIAS 8237), and amended by an exchange of notes signed at Washington, DC, on June 28 and July 9, 1974, and further amended by Protocol signed at Ottawa on January 11, 1988 (1853 UNTS 407) [the Treaty].

3. **Extradition request.** Pursuant to the Treaty, Canada has submitted a request through diplomatic channels for the extradition of Raelin Shawn Coleman, a person believed to be a citizen of the United States. The U. S. Department of Justice has received a copy of Diplomatic Note No. 0343 by which the request for extradition was made. The documents in support of extradition are properly certified by the principal American diplomatic or consular officer in Canada, in accordance with Article 10 of the Treaty and Title 18, United States Code,

Section 3190, so as to enable them to be received in evidence.

4.     **Documents attached hereto and incorporated herein.**

A)     Copies of the documents in support of extradition submitted by Canada are collectively filed with this complaint as "Attachment One" and incorporated herein by reference. Attachment One contains the following documents: i) the certificate of Keith Powell, II, Consul General of the United States at Ottawa, Canada; and, ii) the Certificate of Authentication of Claude Lefrancois, Senior Counsel, International Assistance Group, Department of Justice of Canada; and, iii) the Affidavit of Deborah Lynn Krick, Counsel with the Crown Law Office - Criminal, of the Ministry of the Attorney General for the Province of Ontario, Canada; and, iv) the Affidavit of Edward Hickey, a Detective for the Windsor Police Service assigned to the General Investigation Branch of the Investigation Division, in Windsor, Ontario, Canada; and, v) Exhibit "A" containing "Certified Copy of Arrest Warrant Charging Raelin Coleman with Attempt Murder;" and, vi) Exhibit "B" containing "Certified Copy of the Information Charging Raelin Coleman with Attempt Murder;" and, vii) Exhibit "C" containing "Copy of Raelin Coleman's Oakland County Mugshot Profile.

B)     A copy of the declaration from the U. S. Department of State is filed with this complaint as "Attachment Two," and incorporated herein by reference. Attachment Two includes: i) a copy of the Declaration of Emily E. Daughtry, Attorney-Advisor in the Office of the Legal Advisor, U. S. Department of State; and, ii) the certificate of the Assistant Authentication Officer and of the Secretary of State, U. S. Department of State; and, iii) a copy of Canada's Diplomatic Note No. 0343 ; and, iv) and a copy of the relevant extradition treaty between the United States and Canada.

5.	**Foreign charges.**	Raelin Shawn Coleman is duly and legally charged with having committed, in the jurisdiction of Canada, the following crimes:

    (1)	one count of attempted murder, in violation of section 239 of the Criminal Code of Canada, carrying a maximum penalty of imprisonment for life;

    (2)	one count of discharge of a firearm with intent to endanger life, in violation of section 244, of clause (b) of the Criminal Code of Canada, carrying a maximum penalty of 14 years imprisonment;

    (3)	one count of possession of a weapon for the purpose of committing an offence, in violation of section 88, subsection (1) of the Criminal Code of Canada, carrying a maximum penalty of 10 years imprisonment; and

    (4)	one count of pointing a firearm at another person, in violation of section 87, subsection (2) of the Criminal Code of Canada, carrying a maximum penalty of 5 years imprisonment.

Article 2 of the Treaty defines extraditable offenses as those punishable under the laws of both countries by imprisonment for more than one year or any greater punishment. The conduct in question is punishable in the United States by more than one year imprisonment.

Article 4(1) of the Treaty provides that extradition shall not be granted when the prosecution for the offense has become barred by lapse of time according to the laws of the Requesting State, Canada in this case. In Canada, there is no statute of limitations pertaining to the offenses charged against Raelin Shawn Coleman. Limitations periods under the law of the United States, and the several States, if any such statutes of limitations exist, are not relevant.

6. **Foreign arrest warrant.** On August 26, 2005, Raelin Shawn Coleman was charged by Information in the Ontario Court of Justice, Windsor, Ontario, Canada, with the aforementioned crimes, and a warrant for his arrest was issued on that date.

7. **Facts underlying the foreign charges.** According to an investigation by Canadian authorities, primarily supported by statements of witnesses and of the victim, Timothy Fisher, Raelin Shawn Coleman, on August 23, 2005, fired a shotgun at Fisher causing a severe gunshot wound to Fisher's upper left thigh. Coleman, accompanied by his co-conspirators, had traveled to Fisher's residence on August 23, 2005, as part of a dispute between Coleman's girlfriend and Fisher's sister about furniture.

8. **Fugitive's presence in the United States.** Raelin Shawn Coleman may be found within the jurisdiction of this court, and is presently in the custody of the Bureau of Prisons at FCI Gilmer in or near Glenville, in Gilmer County, West Virginia. Coleman's Bureau of Prisons number is 39901-039. He is in the custody of the Bureau of Prisons by the order of the U. S. District Court for the Eastern District of Michigan. He is expected to be released from this custody on December 23, 2006

9. **Fugitive's description.** Raelin Shawn Coleman is a citizen of the United States, born on August 22, 1985. He is described as a black male, standing approximately 6' 4" in height, and weighing approximately 165 to 170 pounds, with black hair and brown eyes. His photograph and fingerprints are included in the papers submitted in support of extradition, see Attachment One, Exhibit C.

**Wherefore**, the undersigned complainant requests that a warrant be issued in accordance with the Extradition Treaty between the United States and Canada and Title 18,

United States Code, Section 3184, so that Raelin Shawn Coleman may be arrested and brought before this court to the end that the evidence of criminality may be heard and considered.

*David E. Godwin*
David E. Godwin
Assistant United States Attorney
Northern District of West Virginia

Sworn to before me and subscribed in my presence this 20th day of December 2006, and a warrant shall issue.

*John S. Kaull*
JOHN S. KAULL
United States Magistrate Judge