**FILED**

DEC 2 0 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF
THE EXTRADITION OF
RAELIN SHAWN COLEMAN

Misc. No.  1:06 mc 40
Statute:  18 USC § 3184

## ORDER REFERRING MISCELLANEOUS CASE TO MAGISTRATE JUDGE

Pursuant to the authority under 18 USCA § 3184, the Court **ORDERS** that this action be referred to John S. Kaull, United States Magistrate Judge, who is hereby designated and authorized to consider the complaint for warrant and all other documents appended thereto, the treaties involved, and to conduct all proceedings required relating to the issuance of a warrant for the arrest of extradition of Raelin Shawn Coleman, a citizen of the United States, to Canada to answer the charges therein pending of attempted murder, discharge of a firearm with intent to endanger life, and possession of a weapon for the purpose of committing an offense, all in violation of Canadian law, and to do all things necessary and appropriate, including the commitment of Raelin Shawn Coleman pending surrender to Canadian authorities, in accord with 18 USC § 3184 and 18 USC § 3181.

The United States Court Clerk for the Northern District of West Virginia is directed to transmit a copy of this Order of referral to the Honorable John S. Kaull, United States Magistrate Judge.

DATED: December 20, 2006

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE