FOR RETURN

# United States District Court
## NORTHERN DISTRICT OF WEST VIRGINIA

ORIGINAL

IN THE MATTER OF
THE EXTRADITION OF
RAELIN SHAWN COLEMAN

**WARRANT FOR ARREST**

CASE NUMBER: 1:06 mc 40

To: The United States Marshal
and any Authorized United States Officer

**RECEIVED**
DEC 20 2006
UNITED STATES MARSHAL
Northern West Virginia

YOU ARE HEREBY COMMANDED to arrest **RAELIN SHAWN COLEMAN**

and bring him forthwith to the nearest magistrate to answer a Complaint charging him with being a fugitive from Canada, which has sought extradition to answer charges of: one count of attempted murder, in violation of section 239 of the Criminal Code of Canada; and, one count of discharge of a firearm with intent to endanger life, in violation of section 244, of clause (b) of the Criminal Code of Canada; and, one count of possession of a weapon for the purpose of committing an offense, in violation of section 88, subsection (1) of the Criminal Code of Canada; and, one count of pointing a firearm at another person, in violation of section 87, subsection (2) of the Criminal Code of Canada, pursuant to the extradition treaty between the United States and Canada, and Title 18, United States Code, Section 3184.

John S. Kaull
_____
Name of Issuing Officer

U. S. Magistrate Judge
_____
Title of Issuing Officer

_John S. Kaull_ (signature)
_____
Signature of Issuing Officer

December 20, 2006: Clarksburg, WV
_____
Date and Location

Bail fixed at $ N/A

by _____
Name of Judicial Officer

**FILED**
JAN 3 - 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _FCI Gilmer, WV._

| DATE RECEIVED 12/22/06 | NAME AND TITLE OF ARRESTING OFFICER DUSM John Hare | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/22/06 | | |