AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Raelin Coleman

V.

**NOTICE**

CASE NUMBER: 1:06mc40

**TYPE OF CASE:**

☑ CIVIL     ☐ CRIMINAL

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 500 West Pike Street, Third Floor, United States Post Office Building, Clarksburg, WV | Magistrate Court Room, Third Floor |
| | **DATE AND TIME** |
| | 1/30/2007 10:30 am |

**TYPE OF PROCEEDING**

Hearing on Motion to Deny Certification for Extradition

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

**WALLY EDGELL, Ph.D.**

~~U.S. MAGISTRATE JUDGE OR~~ CLERK OF COURT

/s/ Selders

(BY) DEPUTY CLERK

1/18/2007
DATE

TO:

2409, USM, USP, USA, defendant, counsel.