IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF
THE EXTRADITION OF
RAELIN SHAWN COLEMAN                              MISC. NO. 1:06MC40

## WARRANT FOR COMMITMENT

TO:   The United States Marshal
      and any Authorized United States Officer

Pursuant to 18 U.S.C. §3184 and the Treaty on Extradition between the United States and Canada, signed at Washington, D.C. December 3, 1971, and entered into force on March 22, 1976 (TIAS 8237); the Agreement amending the treaty effected by exchange of notes signed at Washington, D.C. June 28 and July 9, 1974; the Protocol amending the treaty signed at Ottawa on January 11, 1988, which entered into force on November 26, 1991; and the Second Protocol amending the treaty signed at Ottawa on January 12, 2001, which entered into force on April 30, 2003 ("The Treaty"), the undersigned United Magistrate Judge having contemporaneously entered a Memorandum Opinion and Order and Certificate Of Extraditability And Order Of Commitment finding that there has been presented sufficient evidence to render a finding of probable cause to extradite Raelin Shawn Coleman to Canada and having certified the same to the Secretary of State of the United States of America, **DEFENDANT, RAELIN SHAWN COLEMAN,** is hereby **COMMITTED** to the custody of the **U.S. MARSHAL'S SERVICE OF THE UNITED STATES OF AMERICA** pending his surrender to Canada, or until the further order of the court.

DATED: February 5, 2007.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE