ORIGINAL FOR RETURN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF
THE EXTRADITION OF
RAELIN SHAWN COLEMAN

MISC. NO. 1:06MC40

RECEIVED
FEB 06 2007
UNITED STATES MARSHAL
Northern/West Virginia

### WARRANT FOR COMMITMENT

TO:  The United States Marshal
     and any Authorized United States Officer

Pursuant to 18 U.S.C. §3184 and the Treaty on Extradition between the United States and Canada, signed at Washington, D.C. December 3, 1971, and entered into force on March 22, 1976 (TIAS 8237); the Agreement amending the treaty effected by exchange of notes signed at Washington, D.C. June 28 and July 9, 1974; the Protocol amending the treaty signed at Ottawa on January 11, 1988, which entered into force on November 26, 1991; and the Second Protocol amending the treaty signed at Ottawa on January 12, 2001, which entered into force on April 30, 2003 ("The Treaty"), the undersigned United Magistrate Judge having contemporaneously entered a Memorandum Opinion and Order and Certificate Of Extraditability And Order Of Commitment finding that there has been presented sufficient evidence to render a finding of probable cause to extradite Raelin Shawn Coleman to Canada and having certified the same to the Secretary of State of the United States of America, **DEFENDANT, RAELIN SHAWN COLEMAN,** is hereby **COMMITTED** to the custody of the **U.S. MARSHAL'S SERVICE OF THE UNITED STATES OF AMERICA** pending his surrender to Canada, or until the further order of the court.

DATED: February 5, 2007.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE

I hereby certify that the annexed instrument
is a true and correct copy of the original filed
in my office.
ATTEST: Dr. Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia

By: _____
     Deputy Clerk

I certify that on this ____4packer?____ day of ____April____, 2007, I executed in part/(in full) the within WHCAP/WHCAT/ASR/ASRT/(ORDER) by taking custody of the within named ____Raelin Shawn Coleman____, from ____NRCF____ at ____Mundsville____, and produced same at ____Detroit USMS____ on ____4/4____, 2007, remanded same to the custody of ____Canadian LEO's____.

J.C. Raffety, U.S. Marshal, Northern District of West Virginia

BY _____[signature]_____

**FILED**

APR 9 2007

U.S. DISTRICT COURT
CLARKSBURG, WV

I certify that on this _____ day of _____, 2007, I executed in part/in full the within WHCAP/WHCAT/ASR/ASRT/ORDER by taking custody of the within named _____, from _____ at _____, and produced same at _____ on _____, 2007, remanded same to the custody of _____.

J.C. Raffety, U.S. Marshal, Northern District of West Virginia

BY _____

I certify that on this _____ day of _____, 2007, I executed in part/in full the within WHCAP/WHCAT/ASR/ASRT/ORDER by taking custody of the within named _____, from _____ at _____, and produced same at _____ on _____, 2007, remanded same to the custody of _____.

J.C. Raffety, U.S. Marshal, Northern District of West Virginia

BY _____

I certify that on this _____ day of _____, 2007, the within WHCAP/WHCAT/ASRP/ASRT/ORDER is being returned "unexecuted" _____

_____
_____

J.C. Raffety, U.S. Marshal, Northern District of West Virginia

BY _____